# United States District Court
## District of Utah

Markus B. Zimmer
Clerk of Court

Louise S. York
Chief Deputy

June 9, 2005

John B. Morris
Center for Democracy & Technology
1634 Eye Street, NW #100
Washington, D.C. 20006

—

Re: The King's English et al v. Shurtleff et al
2:05cv00485 TS
Counsel for: Plaintiff

Dear Counsel:

Our records indicate that you are not a member of the bar of this court. You must become an active member of the bar of this court or be admitted *pro hac vice* in order to appear in this court, in the above-entitled case.

Enclosed you will find the application form which is required under our local rules of practice. You must return the form, the required fee and consent of local counsel to the court in order to be admitted. You will not be added to the case to receive notice until the order of the court has been signed and docketed. Please make copies of the application and submit one for each attorney to be admitted. Faxed copies are not acceptable.

You may contact the attorney registration clerk at 801-524-6100 with any questions which you may have.

Sincerely,

Markus B. Zimmer, Clerk

By:
Deputy Court Clerk

Enclosure

Frank E. Moss U.S. Courthouse
Office of the Clerk

350 South Main Street
Suite 150

Salt Lake City, Utah 84101-2180
801/524-6100

Dockets.Justia.com

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
# OFFICE OF THE CLERK OF COURT

Suite 150, Frank E. Moss United States Courthouse
350 South Main Street
Salt Lake City, Utah  84101-2180
(801) 524-6100

## PRO HAC VICE ADMISSION APPLICATION

### INSTRUCTIONS

**Admission Fee:** $15.00 payable by check or money order to Clerk, U.S. District Court.  Fee will cover membership for the duration of the case or twelve (12) months, whichever is longer.  Pro hac applicants who paid the fee within the past 12 months and who are requesting admission to practice in a case other than that originally specified when the fee was paid should check the blank below and indicate the date of their most recent pro hac vice admission to this Court.  *Applicants are required to complete and submit this form for each case in which they participate as pro hac vice counsel.*

_____  Applicant was previously admitted pro hac vice to this Court in case # _____; month of most recent pro hac vice admission and payment of fee was _____, 20\_\_\_.

**Application:** Please type or print legibly and complete all blanks.

**Designated Local Counsel:** Must be an active member in good standing of the Utah State Bar and the Bar of this Court.

**Mandatory Requirements:**

1. Provide and attach a separate list by number and title of all cases filed in this Court in which applicant has appeared as counsel in the past five years.

2. Type local counsel's name below the signature line and enter the bar number in the space provided.

3. If more than one attorney from the same firm is seeking pro hac admission in this case, please indicate which attorney will serve as lead counsel for purposes of receiving official court notices and other case-related documents.

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

_____    *
               Plaintiff                          *   CASE NO. _____
                                          *
                                          *   Appearing on behalf of:
              v.                         *
                                          *   _____
_____    *                (Plaintiff/Defendant)
               Defendant.                  *

## MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL

     I,_____, hereby move the pro hac vice admission of petitioner to practice in this Court.  I hereby agree to serve as designated local counsel for the subject case; to readily communicate with opposing counsel and the Court regarding the conduct of this case; and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all case-related proceedings, including hearings, pretrial conferences, and trials, should Petitioner fail to respond to any Court order.

Date: _____, 20__.      _____
                                                      (Signature of Local Counsel)    (Utah Bar Number)

## APPLICATION FOR ADMISSION PRO HAC VICE

     Petitioner,_____, hereby requests permission to appear pro hac vice in the subject case.  Petitioner states under penalty of perjury that he/she is a member in good standing of the bar of the highest court of a state or the District of Columbia; is (i) ___ a non-resident of the State of Utah or, (ii) ___ a new resident who has applied for admission to the Utah State Bar and will take the bar examination at the next scheduled date; and, under DUCivR 83-1.1(d), has associated local counsel in this case.  Petitioner's address, office telephone, the courts to which admitted, and the respective dates of admission are provided as required.

     Petitioner designates _____ as associate local counsel.

Date: _____, 20_____.     Check here _____ if petitioner is lead counsel.

                                              _____
                                                (Signature of Petitioner)

**Name of Petitioner:** _____  Office Telephone:_____
                                                                           (Area Code and **Main** Office Number)

Business Address:   _____
                                        (Firm/Business Name)
                            _____
                            Street                   City         State       Zip

## BAR ADMISSION HISTORY

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(If additional space is needed, attach separate sheet.)

## PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT

| CASE TITLE | CASE NUMBER | DATE OF ADMISSION |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(If additional space is needed, attach a separate sheet.)

## ORDER OF ADMISSION

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for Petitioner's admission pro hac vice in the United States District Court, District of Utah in the subject case is GRANTED.

This_____day of _____, 20_____.

_____
U.S. District Judge

# THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH
## Office of the Clerk of Court

# INFORMATION FOR *PRO HAC VICE* COUNSEL

HOURS: The Clerk's Office business hours are 8:30 a.m. to 5:00 p.m., Mountain Standard/Mountain Daylight Time. There is a 24-hour/seven-day filing box at the south Main Street entrance to the building.

PHONE: Call the Clerk's Office at 801-524-6100

WEBSITE: Visit the court's web page at **http://www.utd.uscourts.gov** for basic information on the court, access to local rules, and downloadable forms.

FILINGS: The Court does not accept faxed filings. Affidavits submitted as separate original filings must bear an original signature.

ELECTRONIC NOTICING PROGRAM: The Clerk will e-mail rather than mail orders, judgments and notices of hearing and related notices to consenting attorneys. To register, see the website for information or call the Clerk's Office.

COPIES: Orders for copies of case documents must be prepaid. The Clerk's Office accepts MasterCard, Visa, Discover and American Express.

DOCKETS: Case dockets are now accessible on the Internet via WebPACER at http://pacer.utd.uscourts.gov. Charges are based on the number of pages downloaded at $.08 per page. To access it, you must be registered with the Clerk's office. To register call the PACER Service Center at 800-676-6856.

# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

**ELECTRONIC NOTICING ENROLLMENT/UPDATE FORM**
PLEASE PRINT OR TYPE ALL INFORMATION WHEN COMPLETING THIS FORM

_____        _____
Name                                   Firm Name

_____
Address                                City, State, Zip

_____        _____
Utah State Bar Number           Telephone Number

**ENROLLMENT/UPDATE**
I consent and agree to receive copies of judgments, orders and other documents by e-mail transmission. I understand that service by e-mail will constitute notice of entry as required by F.R.Civ.P. 77(d) and F.R.Crim.P. 49, is in lieu of service by mail, and that I am waiving my right to service by mail. I further understand that I must notify the Court within twenty-four (24) hours when I have a change of name, firm association, address, or e-mail address to ensure proper and timely service.

E-mail address(es)* _____

**Date:** _____   **Signature:**_____

**Please mail this completed form to: United States District Court**
District of Utah
350 S. Main St., Room 150
Salt Lake City, Utah 84101
Attention: **Electronic Noticing**

* **NOTE**: *Electronic transmission by e-mail will result in quicker receipt of judgments, orders and other documents than by any other method. However, the e-mail address should be to a system that is accessed daily. Prior to signing up to receive documents by Internet e-mail, we advise that you contact your Internet Service Provider and office automation staff to determine whether there are limitations to the size of attachments that your email system can handle. Documents are in PDF format. If you have questions in this regard, please call our Electronic Noticing Office at (801)524-6105*

THIS ONE-TIME ENROLLMENT WILL ENABLE YOU TO RECEIVE JUDGMENTS, ORDERS AND NOTICES IN ALL CASES IN WHICH YOU ARE THE ATTORNEY OF RECORD.

**ELECTRONIC NOTICING ENROLLMENT/UPDATE FORM**
**11/07/03**