FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

JUN 1 0 2005

MARKUS B. ZIMMER, CLERK
BY _____
~~DEPUTY CLERK~~

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | | |
|---|---|---|
| THE KIND'S ENGLISH, INC., et al, | : | |
| Plaintiff, | : | ORDER OF RECUSAL |
| vs. | : | |
| MARK SHURTLEFF, et al, | : | Case No. 2:05-CV-00485 |
| Defendant. | : | |

I recuse myself in this case, and ask that the appropriate assignment card equalization be drawn by the clerk's office.

DATED this 9th day of June, 2005.

BY THE COURT:

*[signature]*

Ted Stewart
United States District Judge