# MEMORANDUM

TO:     Markus Zimmer

FROM:   Judge David Sam

RE:     <u>The Kings English, inc. et al. v. Shurtleff et al.</u>
        Case No. 2:05CV00485

DATE:   June 14, 2005

---

I find I must step aside in the above matter. Would you please assign this case to another judge, and draw a commensurate assignment for me in accordance with the practice of the court.

*[signature]*

David Sam

```
Judge Dee Benson
DECK TYPE: Civil
DATE STAMP: 06/15/2005 @ 13:23:07
CASE NUMBER: 2:05CV00485  DB
```

Dockets.Justia.com