```
                                                        FILED
                                                  U.S. DISTRICT COURT

                                                  2005 JUL 21  P 12: 55

                                         Brock R. Belnap       DISTRICT OF UTAH
                                         178 N. 200 E.         BY:_____
                                         St. George, UT 84770      DEPUTY CLERK
```

**Via First Class Mail**
Wesley D. Felix
BENDINGER, CROCKETT, PETERSON,
　GREENWOOD & CASEY
170 South Main Street, Suite 400
Salt Lake City, UT 84111

　　　　　RE:　*The King's English, Inc. et al. v. Shurtleff*
　　　　　　　　*Case No. 2:05CV00485TS*

Dear Mr. Felix:

　　　I acknowledge receipt of your request that I waive service of a summons in the action of The King's English, Inc. et al. v. Shurtleff, which is case number 2:05CV00485TS in the United States District Court for the District of Utah. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

　　　I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity, organization, or governmental body on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure.

　　　I (or the entity, organization, or governmental body on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

　　　I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 of the Federal Rules of Civil Procedure is not served upon you within 60 days after June 24, 2005.

July 18, 2005　　　　　　　　　　　　　　/s/ Brock R. Belnap
Date　　　　　　　　　　　　　　　　　　Brock R. Belnap
　　　　　　　　　　　　　　　　　　　　As County and/or District Attorney of Washington County