

JERROLD S. JENSEN (#1678)
Assistant Attorney General
MARK L. SHURTLEFF (#4666)
Attorney General
Attorneys For Defendant
160 East 300 South, 5th Floor
P.O. Box 140857
Salt Lake City, Utah  84114-0857
Telephone:  (801) 366-0353

---

## UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE KING'S ENGLISH, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MARK SHURTLEFF, In his official capacity as ATTORNEY GENERAL OF THE STATE OF UTAH, et al., <br><br> Defendants. | DEFENDANTS' MOTION FOR LEAVE TO FILE AN OVER LENGTH MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS <br><br><br> Case No. 2:05CV00485 <br><br> Judge Dee Benson |

Pursuant to Rule 7-1(e) of the Rules of Practice for the United Stated District Court for

the District of Utah, Defendants, by and through counsel, Jerrold S. Jensen, respectfully move

this Court for leave to file an over- length Memorandum in Support of Defendants' Motion

to Dismiss.  The reasons for exceeding the ten page maximum requirement is because:  (1)

Plaintiffs are challenging the constitutionality of a new state statute which defendants believe

needs to be reviewed in order for the Court to understand why defendants are filing a Motion to Dismiss, and (2) Defendants are challenging the standing of 11 of the 14 plaintiffs, all of whom have unique circumstances which need to be highlighted and amplified in order to determine whether or not they have standing.

Defendants' Memorandum is 16 pages long.

DATED this 23rd day of August, 2005.

MARK L. SHURTLEFF
Attorney General

JERROLD S. JENSEN
Assistant Attorney General

2