JERROLD S. JENSEN (#1678)
Assistant Attorney General
MARK L. SHURTLEFF (#4666)
Attorney General
Attorneys For Plaintiff
160 East 300 South, 5th Floor
P.O. Box 140857
Salt Lake City, Utah 84114-0857
Telephone: (801) 366-0353

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE KING'S ENGLISH, INC., et al., <br><br> Plaintiffs <br><br> vs. <br><br> MARK SHURTLEFF, In his official capacity as ATTORNEY GENERAL OF THE STATE OF UTAH, et al., <br><br> Defendants. | MOTION TO DISMISS <br> 11 OF THE 14 PLAINTIFFS <br><br><br><br> Case No. 2:05CV00485 <br><br> Judge Dee Benson |

Defendants move the Court for an order of dismissal pursuant to Rule 12(b)(6) of the

Federal Rules of Civil Procedure as to 11 of the 14 plaintiffs, based upon the fact that these 11

plaintiffs lack standing sufficient to meet the threshold requirements to both constitutional

limitations on federal court jurisdiction and prudential limitations on the exercise of that

jurisdiction, as more fully set forth in the accompanying Memorandum.

The 11 plaintiffs to be dismissed are: The King's English, Inc.; Sam Weller's Zion

Bookstore; W. Andrew McCullough; The Sexual Health Network, Inc.; Utah Progressive

Network Education Fund, Inc.; American Booksellers Foundation for Free Expression;

American Civil Liberties Union of Utah; Association of American Publishers, Inc.; Comic Book

Legal Defense Fund; Freedom to Read Foundation; and Publishers Marketing Association.

DATED this 23rd day of August, 2005

MARK L. SHURTLEFF
Attorney General


JERROLD S. JENSEN
Assistant Attorney General

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing MOTION TO DISMISS

11 OF THE 14 PLAINTIFFS was served by mailing the same, first class postage prepaid, this

_23_ day of August, 2005, to the following:

Wesley D. Felix
Bendinger, Crockett, Peterson, Greenwood & Casey
170 South Main, Suite 400
Salt Lake City, UT 84101

Michael A. Bamberger
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, New York 10020

John B. Morris, Jr.
Center for Democracy & Technology
1634 Eye Street, NW #1100
Washington, DC 20006

Margaret D. Plane
ACLU of Utah Foundation Inc.
355 North 300 West
Salt Lake City, UT 84103

_____
Secretary