JERROLD S. JENSEN (#1678)
Assistant Attorney General
MARK L. SHURTLEFF (#4666)
Attorney General
Attorneys For Defendant
160 East 300 South, 5th Floor
P.O. Box 140857
Salt Lake City, Utah 84114-0857
Telephone: (801) 366-0353

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE KING'S ENGLISH, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MARK SHURTLEFF, In his official capacity as ATTORNEY GENERAL OF THE STATE OF UTAH, et al., <br><br> Defendants. | ORDER <br><br><br> Case No. 2:05CV00485 <br><br> Judge Dee Benson |

It is hereby ordered that Defendants are granted approval to submit an over length Memorandum in support of their Motion to Dismiss. The reasons therefore are set forth in Defendants' Motion for Leave to File an Over Length Memorandum. The Memorandum is to be no more than 20 pages long.

DATED this 23rd day of August, 2005

BY THE COURT:

*Dee Benson*

JUDGE DEE BENSON