BENDINGER, CROCKETT, PETERSON,
GREENWOOD & CASEY, PC
Robert A. Peterson (2589)
Wesley D. Felix (6539)
170 South Main Street, Suite 400
Salt Lake City, UT 84101
Telephone: (801) 533-8383
Facsimile: (801) 531-1486

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| THE KING'S ENGLISH, INC., et al., | ) |
| Plaintiffs, | ) **NOTICE OF HEARING** |
| vs. | ) Civil No. 2:05CV00485 TS |
| MARK SHURTLEFF, et al., | ) Judge Benson |
| Defendants. | ) |

PLEASE TAKE NOTICE THAT on Monday, September 12, 2005, at 3:00 p.m., before the Honorable Dee Benson, at the United States District Court, 350 South Main Street, Salt Lake City, Utah 84101, the above-captioned matter will come up for a status and scheduling conference.

DATED this 31st day of August, 2005.

BENDINGER, CROCKETT, PETERSON,
GREENWOOD & CASEY, PC
170 South Main Street, Suite 400
Salt Lake City, UT 84101

By _____
Wesley D. Felix (WF 6539)
Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August, 2005, a true and correct copy of the foregoing was served upon the person(s) named below, at the address set out below the name, either by mailing postage prepaid, hand-delivery, Federal Express, or by telecopying a true and correct copy of said document.

Jerrold Jensen
Assistant Attorney General
State Agency Counsel Division
160 East 300 South, 5th Floor
Salt Lake City, UT 84114

[X] U.S. Mail
[ ] Federal Express
[ ] Hand-Delivery
[ ] Telefacsimile
[ ] Other

Margaret Plane
Staff Attorney
American Civil Liberties Union of Utah
Foundation, Inc.
355 North 300 West
Salt Lake City, UT 84103

[X] U.S. Mail
[ ] Federal Express
[ ] Hand-Delivery
[ ] Telefacsimile
[ ] Other

Michael A. Bamberger
Sonnenschein Nath and Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020

[X] U.S. Mail
[ ] Federal Express
[ ] Hand-Delivery
[ ] Telefacsimile
[ ] Other

John Morris
Center for Democracy & Technology
1634 Eye Street, N.W., Suite 1100
Washington, D.C. 20006

[X] U.S. Mail
[ ] Federal Express
[ ] Hand-Delivery
[ ] Telefacsimile
[ ] Other

_/s/ [signature]_