RECEIVED CLERK
JUN 1 5 2005
U.S. DISTRICT COURT FILED
U.S. DISTRICT COURT SEP 15 2005
U.S. DISTRICT COURT
2005 SEP 20 A 8: 14
DISTRICT OF UTAH

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| The King's English, Inc., et al. | * | BY: _____ DEPUTY CLERK |
| --- | --- | --- |
| Plaintiff | * | CASE NO. 2:05 CV 485 |
| v. | * | Appearing on behalf of: |
| Shurtleff, et al. | * | Plaintiffs |
| Defendant. | * | (Plaintiff/Defendant) |

## MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL

I, __Wesley D. Felix__, hereby move the pro hac vice admission of petitioner to practice in this Court. I hereby agree to serve as designated local counsel for the subject case; to readily communicate with opposing counsel and the Court regarding the conduct of this case; and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all case-related proceedings, including hearings, pretrial conferences, and trials, should Petitioner fail to respond to any Court order.

Date: __June 14__, 20__05__   __/s/ Wesley D. Felix__   __6539__
(Signature of Local Counsel)   (Utah Bar Number)

## APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, __Michael A. Bamberger__, hereby requests permission to appear pro hac vice in the subject case. Petitioner states under penalty of perjury that he/she is a member in good standing of the bar of the highest court of a state or the District of Columbia; is (i) ✔ a non-resident of the State of Utah or, (ii) ___ a new resident who has applied for admission to the Utah State Bar and will take the bar examination at the next scheduled date; and, under DUCivR 83-1.1(d), has associated local counsel in this case. Petitioner's address, office telephone, the courts to which admitted, and the respective dates of admission are provided as required.

Petitioner designates __Wesley D. Felix__ as associate local counsel.

Date: __June 14__, 20__05__.   Check here __co-__ if petitioner is lead counsel.

__/s/ Michael A. Bamberger__
(Signature of Petitioner)

**Name of Petitioner:** __Michael A. Bamberger__   Office Telephone: __212-768-6756__
(Area Code and Main Office Number)

**Business Address:** __Sonnenschein Nath & Rosenthal LLP__
(Firm/Business Name)
__1221 Avenue of the Americas__   __New York__, __New York__   __10020__
Street   City   State   Zip

## BAR ADMISSION HISTORY

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| See attached Exhibit A | | |

(If additional space is needed, attach separate sheet.)

## PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT

| CASE TITLE | CASE NUMBER | DATE OF ADMISSION |
|---|---|---|
| See attached Exhibit A | | |

(If additional space is needed, attach a separate sheet.)

## ORDER OF ADMISSION

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for Petitioner's admission pro hac vice in the United States District Court, District of Utah in the subject case is GRANTED.

This 17 day of Sept, 2005.

_Dee Benson_
U.S. District Judge

EXHIBIT A

Michael A. Bamberger is admitted to practice before the following courts:

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING |
|---|---|---|
| New York State | November 30, 1960 | YES |
| District of Columbia | March 2, 1982 | YES |
| United States Supreme Court | March 20, 1967 | YES |
| United States Court of Appeals: | | |
|     Second Circuit | January 28, 1963 | YES |
|     Third Circuit | May 19, 1981 | YES |
|     Fourth Circuit | October 11, 1985 | YES |
|     Sixth Circuit | December 1, 1999 | YES |
|     Seventh Circuit | April 5, 1985 | YES |
|     Eighth Circuit | May 6, 1985 | YES |
|     Ninth Circuit | September 29, 1997 | YES |
|     Tenth Circuit | December 8, 1986 | YES |
|     Eleventh Circuit | July 26, 1984 | YES |
| United States District Court, Southern District of New York | July 16, 1963 | YES |
| United States District Court, Eastern District of New York | July 3, 1997 | YES |
| United States Court of International Trade | July 21, 2003 | YES |

## Appellate Division of the Supreme Court
## of the State of New York
## First Judicial Department

I, Catherine O'Hagan Wolfe, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# MICHAEL ALBERT BAMBERGER

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the 30th day of November, 1960 has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

June 8, 2005

Catherine O'Hagan Wolfe
Clerk

6162

RECEIVED CLERK
SEP 19 2005
U.S. DISTRICT COURT

FILED
U.S. DISTRICT COURT
2005 SEP 20 A 8: 14
BY:_____
DEPUTY CLERK

RECEIVED CLERK
JUN 15 2005
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| The King's English, Inc., et al.<br><br>Plaintiff<br><br>v.<br><br>Shurtleff, et al.<br><br>Defendant. | CASE NO. 2:05-cv-485<br><br>Appearing on behalf of:<br>Plaintiffs<br><br>(Plaintiff/Defendant) |

## MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL

I, Wesley D. Felix, hereby move the pro hac vice admission of petitioner to practice in this Court. I hereby agree to serve as designated local counsel for the subject case; to readily communicate with opposing counsel and the Court regarding the conduct of this case; and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all case-related proceedings, including hearings, pretrial conferences, and trials, should Petitioner fail to respond to any Court order.

Date: June 14, 2005    _____Wesley Felix_____    6539
                       (Signature of Local Counsel)    (Utah Bar Number)

## APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, John B. Morris, Jr., hereby requests permission to appear pro hac vice in the subject case. Petitioner states under penalty of perjury that he/she is a member in good standing of the bar of the highest court of a state or the District of Columbia; is (i) ✓ a non-resident of the State of Utah or, (ii) ___ a new resident who has applied for admission to the Utah State Bar and will take the bar examination at the next scheduled date; and, under DUCivR 83-1.1(d), has associated local counsel in this case. Petitioner's address, office telephone, the courts to which admitted, and the respective dates of admission are provided as required.

Petitioner designates Wesley D. Felix as associate local counsel.

Date: June 14, 2005.    Check here ✓ if petitioner is lead counsel.

_____
(Signature of Petitioner)

**Name of Petitioner:** John B. Morris, Jr.    Office Telephone: 202-637-9800
                                                (Area Code and Main Office Number)

**Business Address:** Center for Democracy and Technology
                      (Firm/Business Name)
                      1634 I St. NW, Washington, D.C. 20006
                      Street              City        State   Zip

## BAR ADMISSION HISTORY

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| See attached Exhibit A | | |

(If additional space is needed, attach separate sheet.)

## PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT

| CASE TITLE | CASE NUMBER | DATE OF ADMISSION |
|---|---|---|
| See attached Exhibit A | | |

(If additional space is needed, attach a separate sheet.)

## ORDER OF ADMISSION

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for Petitioner's admission pro hac vice in the United States District Court, District of Utah in the subject case is GRANTED.

This 17 day of Sept, 2005.

Dee Benson
U.S. District Judge

EXHIBIT A

John B. Morris, Jr.

**Bar and Court Admissions:**

| | |
|---|---|
| 06/15/87 | Georgia State Bar (# 525230) |
| 06/15/87 | Georgia Superior Court for Fulton County |
| 07/07/87 | Georgia Court of Appeals |
| 07/07/87 | Georgia Supreme Court |
| 07/14/87 | U.S. Court of Appeals for the 11th Circuit |
| 11/09/87 | U.S. District Court for the Northern District of Georgia |
| 02/03/88 | U.S. Court of Appeals for the 4th Circuit |
| 11/04/91 | U.S. Supreme Court |
| 02/13/92 | U.S. Court of Appeals for the 3rd Circuit |
| 11/25/92 | U.S. Court of International Trade |
| 02/01/93 | D.C. Bar (# 436459) |
| 02/01/93 | D.C. Court of Appeals |
| 02/19/93 | U.S. Court of Appeals for the D.C. Circuit |
| 04/05/93 | U.S. District Court for the District of Columbia |
| 09/23/96 | U.S. Court of Appeals for the Federal Circuit |

**Pro Hac Vice Admissions in the District of Utah:**

United States of America v. P.H.E., Inc., No. 90-CR-177-W (admitted in 1991 -- exact admission date not readily available)