**HOWREY LLP**
Robert A. Peterson (2589)
Wesley D. Felix (6539)
170 South Main Street, Suite 400
Salt Lake City, UT 84101
Telephone: (801) 533-8383
Facsimile: (801) 531-1486

Attorneys for Plaintiffs

FILED
U.S DISTRICT COURT

2005 OCT 11  P 1: 55

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE KING'S ENGLISH, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MARK SHURTLEFF, et al., <br><br> Defendants. | **NOTICE OF NAME CHANGE** <br><br> Civil No. 2:05CV00485 TS <br><br> Judge Benson |

Please take notice that effective October 1, 2005, Bendinger, Crockett, Peterson, Greenwood & Case PC will join with and be known as Howrey LLP. Please change your records as follows:

Howrey LLP
170 S. Main Street, Suite 400
Salt Lake City, UT 84101
Phone: (801) 533-8383
Fax: (801) 531-1486
E-mail: howrey.com

DATED this 10th day of October, 2005.

        **HOWREY LLP**
        170 South Main Street, Suite 400
        Salt Lake City, UT 84101

        By _____
            Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that on this \_\_10th\_\_ day of \_\_October\_\_, 2005, a true and correct copy of the foregoing was served upon the person(s) named below, at the address set out below the name, either by mailing postage prepaid, hand-delivery, Federal Express, or by telecopying a true and correct copy of said document.

Jerrold Jensen  
Assistant Attorney General  
State Agency Counsel Division  
160 East 300 South, 5th Floor  
Salt lake City, UT 84114

[X] U.S. Mail  
[ ] Federal Express  
[ ] Hand-Delivery  
[X] Telefacsimile  
[ ] Other

Margaret Plane  
American Civil Liberties Union of Utah  
355 North 300 West  
Salt Lake City, UT 84103

[ ] U.S. Mail  
[ ] Federal Express  
[ ] Hand-Delivery  
[X] Telefacsimile  
[ ] Other

Michael A. Bamberger  
Sonnenschein Nath and Rosenthal LLP  
1221 Avenue of the Americas  
New York, NY 10020

[ ] U.S. Mail  
[ ] Federal Express  
[ ] Hand-Delivery  
[X] Telefacsimile  
[ ] Other

John Morris  
Center for Democracy and Technology  
1634 Eye Street, N.W., Suite 1100  
Washington, DC 20006

[ ] U.S. Mail  
[ ] Federal Express  
[ ] Hand-Delivery  
[X] Telefacsimile  
[ ] Other

*/s/ Judith Wedmaier/*