**HOWREY LLP**
Wesley D. Felix (6539)
170 South Main Street, Suite 400
Salt Lake City, UT 84101
Telephone: (801) 533-8383
Facsimile: (801) 531-1486

Attorneys for Plaintiffs

RECEIVED CLERK
OCT 12 2005
U.S. DISTRICT COURT

FILED
U.S DISTRICT COURT
2005 OCT 13 A 10: 09
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| THE KING'S ENGLISH, INC., et al., | )<br>) |
| Plaintiffs, | )<br>)<br>) |
| vs. | ) **STIPULATED ORDER**<br>)<br>) Civil No. 2:05CV00485 DB |
| MARK SHURTLEFF, et al., | )<br>) Judge Dee Benson |
| Defendants. | )<br>)<br>) |

The Plaintiffs and Defendants have agreed to an indeterminate extension of time in which Plaintiffs may respond to Defendants' Motion to Dismiss in order to allow the parties additional time to confer on possible resolutions to Plaintiffs' claims. Therefore, the Court hereby enters this Stipulated Order.

## STIPULATED ORDER

This Court hereby ORDERS, ADJUDGES and DECREES that Plaintiffs have an extension of time to respond to Defendants' Motion to Dismiss until such time following 15 days notice by Defendants to Plaintiffs and this Court that Defendants intend to pursue their Motion to Dismiss.

DATED this 12th day of October, 2005.

*[signature: Dee Benson]*

Honorable Dee Benson

**AGREED AS TO FORM**

HOWREY LLP
BY: *[signature]*
Wesley D. Felix
Attorneys for Plaintiffs

UTAH ATTORNEY GENERAL'S OFFICE
BY: *[signature]*
Jerrold Jensen
Attorneys for Defendants