**HOWREY LLP**
Wesley D. Felix (6539)
170 South Main Street, Suite 400
Salt Lake City, UT 84101
Telephone: (801) 533-8383
Facsimile: (801) 531-1486

Attorneys for Plaintiffs

FILED
U.S DISTRICT COURT

2005 OCT 12 P 2: 16

DISTRICT OF UTAH

BY: _____
     DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| THE KING'S ENGLISH, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>MARK SHURTLEFF, et al.,<br><br>Defendants. | **MOTION FOR ENTRY OF STIPULATED ORDER**<br><br>Civil No. 2:05CV00485 DB<br><br>Judge Dee Benson |

Plaintiffs and Defendants hereby respectfully move the Court for entry of a stipulated order postponing the time in which Plaintiffs have to respond to Defendants' Motion to Dismiss until 15 days following written notice by Defendants to Plaintiffs and the Court that Defendants intend to pursue their Motion to Dismiss. The parties are discussing alternative resolutions to Plaintiffs' claims and the extension of time allows the parties to continue discussions on those claims which are capable of extra-judicial resolution, thereby avoiding unnecessary litigation costs.

DATED this 12th day of October, 2005.

HOWREY LLP
170 South Main Street, Suite 400
Salt Lake City, UT 84101

By _____
Wesley D. Felix (WF 6539)
Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that on this _12th_ day of October, 2005, a true and correct copy of the foregoing was served upon the person(s) named below, at the address set out below the name, either by mailing postage prepaid, hand-delivery, Federal Express, or by telecopying a true and correct copy of said document.

Jerrold Jensen
Assistant Attorney General
State Agency Counsel Division
160 East 300 South, 5th Floor
Salt Lake City, UT 84114

[x] U.S. Mail
[ ] Federal Express
[ ] Hand-Delivery
[ ] Telefacsimile
[ ] Other

Margaret Plane
Staff Attorney
American Civil Liberties Union of
Utah Foundation, Inc.
355 North 300 West
Salt Lake City, UT 84103

[x] U.S. Mail
[ ] Federal Express
[ ] Hand-Delivery
[ ] Telefacsimile
[ ] Other

Michael A. Bamberger
Sonnenschein Nath and Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020

[x] U.S. Mail
[ ] Federal Express
[ ] Hand-Delivery
[ ] Telefacsimile
[ ] Other

John Morris
Center for Democracy & Technology
1634 Eye Street, N.W., Suite 1100
Washington, D.C. 20006

[x] U.S. Mail
[ ] Federal Express
[ ] Hand-Delivery
[ ] Telefacsimile
[ ] Other