**HOWREY LLP**
Robert A. Peterson (2589)
Wesley D. Felix (6539)
Evelyn J. Furse (8952)
Zachary J. Weyher (10846)
170 South Main Street, Suite 400
Salt Lake City, UT 84101
Telephone: (801) 533-8383
Facsimile: (801) 531-1486

Attorneys for Plaintiffs

**CENTER FOR DEMOCRACY & TECHNOLOGY**
John Morris (*Admitted Pro Hac Vice*)
1634 Eye Street, N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 637-9800
Facsimile: (202) 637-0968

**AMERICAN CIVIL LIBERTIES UNION OF UTAH FOUNDATION, INC.**
Margaret Plane
355 North 300 West
Salt Lake City, UT 84103
Telephone: (801) 521-9862
Facsimile: (801) 532-2850

**SONNENSCHEIN NATH & ROSENTHAL LLP**
Michael A. Bamberger (*Admitted Pro Hac Vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| THE KING'S ENGLISH, INC. et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MARK SHURTLEFF et al., <br><br> Defendants. | **ATTORNEYS' PLANNING MEETING REPORT** <br><br> Civil No. 2:05CV00485 DB <br><br> Judge Dee Benson |

1. **ATTORNEYS' MEETING:** As required under the Federal Rules of Civil Procedure (hereinafter collectively "Rules" or individually as "Rule") 26(f), a meeting was held on October 19, 2005 at the Salt Lake City office of Howrey LLP.

    a.  The following were in attendance:

1

**For Plaintiffs:**
    (i)     Wesley D. Felix, Howrey LLP;
    (ii)    Evelyn J. Furse, Howrey LLP; and
    (iii)   Greggory A. Teeter, Howrey LLP.

**For Defendants:**
    (i)     Jerrold Jensen, Utah Attorney General's Office; and
    (ii)    Mark Burns, Utah Attorney General's Office.

    b.   The parties have discussed the nature and basis of their claims and defenses.

2. **STIPULATION OF NON-ENFORCEMENT:** This proposed schedule is contingent upon the Defendants signing and submitting a stipulation of non-enforcement of House Bill 260. A follow up status conference is scheduled for December 6, 2005 and is to be attended by all parties to this action.

3. **INITIAL DISCLOSURES:** The parties will exchange by November 24, 2005 the information required by Rule 26(a)(1). Any party hereafter joined to the action shall make initial disclosures within 30 days after being served with process.

4. **DISCOVERY PLAN:** The parties jointly propose to the court the following discovery plan (the "Plan"):

    a.   The scope of necessary discovery in this case is difficult to determine at this time because the parties are attempting to resolve Plaintiffs' claims, and the scope of necessary discovery will depend on the claims, if any, incapable of resolution. At this point, discovery appears to be necessary as to all claims and defenses.

    b.   Except as limited by this Plan, discovery may be conducted on any subject and in any manner permitted under the Federal Rules of Civil Procedure.

c. All fact discovery, including without limitation oral depositions, shall be completed by April 14, 2006. All written discovery shall be served so as to conform with this deadline.

d. Each "side" may serve upon any other side written interrogatories not exceeding 100 in number including all discrete subparts. Responses are due as set forth in Rule 33.

e. Each "side" may take up to 10 depositions, including expert witnesses. The depositions, including the scope, duration, and notice requirements, are governed by the Rules.

f. On any issue in which any party has the burden of proof, reports of experts retained by that Party shall be submitted by May 5, 2006.

g. Opposition expert reports shall be served by May 15, 2006.

h. Rebuttal fact discovery on issues raised in opposition expert reports or in expert depositions shall be concluded by July 17, 2006, and all such discovery shall be served to conform with this deadline.

i. All expert depositions shall be concluded by August 10, 2006.

j. Supplementations under Rule 26(e) are due by August 15, 2006.

5. **OTHER ITEMS:**

a. Plaintiff's Opposition to Defendant's Motion to Dismiss Plaintiffs 11-14 shall be submitted by January 23, 2005.

b. An attorney conference must be held on or before December 7, 2006

c. The final pretrial conference is December 20, 2006

d. The cutoff date for joining additional parties is March 1, 2006.

e. The cutoff date for amending pleadings is March 15, 2006.

f. The cutoff date for filing dispositive or potentially dispositive motions is August 31, 2006.

g. The potential for settlement cannot be evaluated prior to April 25, 2006.

3

h. The potential for resolution of this matter through the Court's alternative dispute resolution program cannot be evaluated prior to April 25, 2006 (either by arbitration or mediation).

i. Final lists of witnesses and exhibits pursuant to Rule 26(a)(3) are due by Plaintiffs on November 9, 2006, and by Defendants on November 23, 2006.

j. The parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

k. Trial is set for January 16, 2007.

l. The estimated length of the trial is 9 days.

DATED this 9th day of November, 2005.

HOWREY LLP

BY: _____
Wesley D. Felix
Attorneys for Plaintiffs

DATED this 9 day of November, 2005.

UTAH ATTORNEY GENERAL'S OFFICE

BY: _____
Jerrold Jensen
Attorney for Defendants

4

# CERTIFICATE OF SERVICE

I hereby certify that on this ___9th___ day of November, 2005, a true and correct copy of the foregoing was served upon the person(s) named below, at the address set out below the name, either by mailing postage prepaid, hand-delivery, Federal Express, or by telecopying a true and correct copy of said document.

Mark Shurtleff  
Utah State Capitol Complex  
East Office Bldg E320  
Salt Lake City, UT 84114

[X] U.S. Mail  
[ ] Federal Express  
[ ] Hand-Delivery  
[ ] Telefacsimile  
[ ] Other

Jerrold Jensen  
Assistant Attorney General  
State Agency Counsel Division  
160 East 300 South, 5th Floor  
Salt Lake City, UT 84114

[X] U.S. Mail  
[ ] Federal Express  
[ ] Hand-Delivery  
[ ] Telefacsimile  
[ ] Other

Von J. Christiansen  
2160 S. 600 W.  
Beaver, UT 84713

[X] U.S. Mail  
[ ] Federal Express  
[ ] Hand-Delivery  
[ ] Telefacsimile  
[ ] Other

Amy F. Hughie  
1 S. Main  
Brigham City, UT 84302

[X] U.S. Mail  
[ ] Federal Express  
[ ] Hand-Delivery  
[ ] Telefacsimile  
[ ] Other

N. George Daines  
11 W. 100 N.  
Logan, UT 84321

[X] U.S. Mail  
[ ] Federal Express  
[ ] Hand-Delivery  
[ ] Telefacsimile  
[ ] Other

Gene E. Strate  
120 E. Main  
Price, UT 84501

[X] U.S. Mail  
[ ] Federal Express  
[ ] Hand-Delivery  
[ ] Telefacsimile  
[ ] Other

Dennis L. Judd  
461 W. 200 S.  
Vernal, UT 84078

[X] U.S. Mail  
[ ] Federal Express  
[ ] Hand-Delivery  
[ ] Telefacsimile  
[ ] Other

Melvin C. Wilson  
800 W. State  
Farmington, UT 84025

[X] U.S. Mail  
[ ] Federal Express  
[ ] Hand-Delivery  
[ ] Telefacsimile  
[ ] Other

Karen Allen  
21554 W. 9000 S.  
Duchesne, UT 84021

[X] U.S. Mail  
[ ] Federal Express  
[ ] Hand-Delivery  
[ ] Telefacsimile  
[ ] Other

David A. Blackwell  
1850 N. 550 W.  
Castle Dale, UT 84513

[X] U.S. Mail  
[ ] Federal Express  
[ ] Hand-Delivery  
[ ] Telefacsimile  
[ ] Other

Wallace A. Lee  
55 S. Main  
Panguitch, UT 84759

[X] U.S. Mail  
[ ] Federal Express  
[ ] Hand-Delivery  
[ ] Telefacsimile  
[ ] Other

Happy J. Morgan  
125 E. Center St.  
Moab, UT 84532

[X] U.S. Mail  
[ ] Federal Express  
[ ] Hand-Delivery  
[ ] Telefacsimile  
[ ] Other

Scott F. Garrett  
82 S. 100 E.  
Cedar City, UT 84720

[X] U.S. Mail  
[ ] Federal Express  
[ ] Hand-Delivery  
[ ] Telefacsimile  
[ ] Other

Jared W. Eldridge  
160 N. Main, #217  
Nephi, UT 84648

[X] U.S. Mail  
[ ] Federal Express  
[ ] Hand-Delivery  
[ ] Telefacsimile  
[ ] Other

Eric S. Lind  
34 N. Main  
Kanab, UT 84741

[X] U.S. Mail  
[ ] Federal Express  
[ ] Hand-Delivery  
[ ] Telefacsimile  
[ ] Other

LeRay G. Jackson  
259 N. Hwy 6  
Delta, UT 84624

[X] U.S. Mail  
[ ] Federal Express  
[ ] Hand-Delivery  
[ ] Telefacsimile  
[ ] Other

Kelly M. Wright  
48 W. Young St.  
Morgan, UT 84050

[X] U.S. Mail  
[ ] Federal Express  
[ ] Hand-Delivery  
[ ] Telefacsimile  
[ ] Other

Marvin D. Bagley  
180 N. 100 E. #F  
Richfield, UT 84701

[X] U.S. Mail  
[ ] Federal Express  
[ ] Hand-Delivery  
[ ] Telefacsimile  
[ ] Other

George W. "Judd" Preston  
20 S. Main  
Randolph, UT 84064

[X] U.S. Mail  
[ ] Federal Express  
[ ] Hand-Delivery  
[ ] Telefacsimile  
[ ] Other

David E. Yocom  
2001 S. State, #S3500  
Salt Lake City, UT 84190

[X] U.S. Mail  
[ ] Federal Express  
[ ] Hand-Delivery  
[ ] Telefacsimile  
[ ] Other

Craig C. Halls  
297 S. Main  
Monticello, UT 84535

[X] U.S. Mail  
[ ] Federal Express  
[ ] Hand-Delivery  
[ ] Telefacsimile  
[ ] Other

Ross C. Blackham  
160 N. Main  
Manti, UT 84642

[X] U.S. Mail  
[ ] Federal Express  
[ ] Hand-Delivery  
[ ] Telefacsimile  
[ ] Other

R. Don Brown  
835 E. 300 N.  
Richfield, UT 84701

[X] U.S. Mail  
[ ] Federal Express  
[ ] Hand-Delivery  
[ ] Telefacsimile  
[ ] Other

David R. Brickey  
60 N. Main, Suite 227  
Coalville, UT 84017

[X] U.S. Mail  
[ ] Federal Express  
[ ] Hand-Delivery  
[ ] Telefacsimile  
[ ] Other

Douglas J. Ahlstrom  
47 S. Main  
Tooele UT 84074

[X] U.S. Mail  
[ ] Federal Express  
[ ] Hand-Delivery  
[ ] Telefacsimile  
[ ] Other

JoAnn Stringham  
152 E. 100 N.  
Vernal, UT 84078

[X] U.S. Mail  
[ ] Federal Express  
[ ] Hand-Delivery  
[ ] Telefacsimile  
[ ] Other

Carlyle Kay Bryson  
100 E. Center #2100  
Provo, UT 84606

[X] U.S. Mail  
[ ] Federal Express  
[ ] Hand-Delivery  
[ ] Telefacsimile  
[ ] Other

Thomas L. Low  
805 W. 100 S.  
Heber City, UT 84032

[X] U.S. Mail  
[ ] Federal Express  
[ ] Hand-Delivery  
[ ] Telefacsimile  
[ ] Other

Brock R. Belnap  
178 N. 200 E.  
St. George, UT 84770

[X] U.S. Mail  
[ ] Federal Express  
[ ] Hand-Delivery  
[ ] Telefacsimile  
[ ] Other

Mark R. DeCaria  
2380 Washington Blvd., #230  
Ogden, UT 84401

[X] U.S. Mail  
[ ] Federal Express  
[ ] Hand-Delivery  
[ ] Telefacsimile  
[ ] Other

Von J. Christiansen  
2160 S. 600 W.  
Beaver, UT 84713

[X] U.S. Mail  
[ ] Federal Express  
[ ] Hand-Delivery  
[ ] Telefacsimile  
[ ] Other

Margaret Plane  
American Civil Liberties Union of Utah  
355 North 300 West  
Salt Lake City, UT 84103

[X] U.S. Mail  
[ ] Federal Express  
[ ] Hand-Delivery  
[ ] Telefacsimile  
[ ] Other

Michael A. Bamberger  
Sonnenschein Nath and Rosenthal LLP  
1221 Avenue of the Americas  
New York, NY 10020

[X] U.S. Mail  
[ ] Federal Express  
[ ] Hand-Delivery  
[ ] Telefacsimile  
[ ] Other

John Morris  
Center for Democracy and Technology  
1634 Eye Street, N.W., Suite 1100  
Washington, DC 20006

[X] U.S. Mail  
[ ] Federal Express  
[ ] Hand-Delivery  
[ ] Telefacsimile  
[ ] Other

_____Carl Bolin_____