**HOWREY LLP**
Robert A. Peterson  (2589)
Wesley D. Felix  (6539)
Zachary J. Weyher (10846)
170 South Main Street, Suite 400
Salt Lake City, UT  84101
Telephone:  (801) 533-8383
Facsimile:  (801) 531-1486



FILED
U.S. DISTRICT COURT

2005 NOV 10  P 1: 22

BY:

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

|  |  |
|---|---|
| THE KING'S ENGLISH, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MARK SHURTLEFF, et al., <br><br> Defendants. | **AMENDED CERTIFICATE OF SERVICE FOR ATTORNEYS' PLANNING REPORT** <br><br> Civil No. 2:05CV00485 DB <br><br> Judge Dee Benson |

The following certificate of service serves as an amendment to the certificate of service filed with the Attorneys' Planning Report on November 9, 2005.

THE UNDERSIGNED certifies that copies of the Attorneys' Planning Report were served upon the following persons, via the U.S. Mail, on the 10th day of November, 2005:

Jerrold Jensen
Assistant Attorney General
State Agency Counsel Division
160 East 300 South, 5th Floor
Salt Lake City, UT  84114

Margaret Plane
American Civil Liberties Union of Utah
355 North 300 West
Salt Lake City, UT   84103

Dockets.Justia.com

Michael A. Bamberger
Sonnenschein Nath and Rosenthal LLP
1221 Avenue of the Americas
New York, NY   10020

John Morris
Center for Democracy and Technology
1634 Eye Street, N.W., Suite 1100
Washington, DC 20006

DATED this 10th day of November, 2005.

HOWREY LLP

BY

Wesley D. Felix
Attorney for Plaintiffs