**HOWREY LLP**
Robert A. Peterson (2589)
Wesley D. Felix (6539)
Evelyn J. Furse (8952)
Zachary J. Weyher (10486)
170 South Main Street, Suite 400
Salt Lake City, UT 84101
Telephone: (801) 533-8383
Facsimile: (801) 531-1486




Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE KING'S ENGLISH, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MARK SHURTLEFF, et al., <br><br> Defendants. | **CERTIFICATE OF SERVICE OF PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)** <br><br> Civil No. 2:05CV00485 DB <br><br> Judge Dee Benson |

THE UNDERSIGNED certifies that copies of the Plaintiffs' Initial Disclosures Pursuant to Rule 26(a)(1) were served upon the following person, via the U.S. Mail, on the 23rd day of November, 2005:

    Jerrold Jensen
    Assistant Attorney General
    State Agency Counsel Division
    160 East 300 South, 5th Floor
    Salt Lake City, UT 84114

DATED this 23rd day of November, 2005.

**HOWREY LLP**
170 South Main Street, Suite 400
Salt Lake City, UT 84101

By _____
Zachary J. Weyher (10486)
Attorneys for Plaintiffs