**HOWREY LLP**
Wesley D. Felix (6539)
Evelyn J. Furse (8952)
170 South Main Street, Suite 400
Salt Lake City, UT 84101
Telephone: (801) 533-8383
Facsimile: (801) 531-1486

Attorneys for Plaintiffs

**CENTER FOR DEMOCRACY & TECHNOLOGY**
John Morris (*Admitted Pro Hac Vice*)
1634 Eye Street, N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 637-9800
Facsimile: (202) 637-0968

**AMERICAN CIVIL LIBERTIES UNION OF UTAH FOUNDATION, INC.**
Margaret Plane
355 North 300 West
Salt Lake City, UT 84103
Telephone: (801) 521-9862
Facsimile: (801) 532-2850

**SONNENSCHEIN NATH & ROSENTHAL LLP**
Michael A. Bamberger (*Admitted Pro Hac Vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| THE KING'S ENGLISH, INC. et al., | ) |
| Plaintiffs, | ) |
| vs. | ) **STIPULATED ORDER** |
| MARK SHURTLEFF et al., | ) Civil No. 2:05CV00485 DB |
| Defendants. | ) Judge Dee Benson |

The Plaintiffs and Defendants have agreed to the Defendants' non-enforcement of (1) House Bill 260, passed during the 2005 legislative session, and (2) Utah Code section 76-10-1206 as it applies to harmful to minors material which is communicated, distributed or transmitted electronically, except when the material is intended to be, and is, communicated, distributed or transmitted to one or more specific identifiable persons actually known to the

communicator, distributor or transmitter to be minors, with respect to any acts occurring prior to the earlier of a decision by the Court on the merits or 30 days after written notice to Plaintiffs. The parties reached this agreement in lieu of requiring Plaintiffs to seek injunctive relief in this Court to stay enforcement of those provisions. Therefore, the Court hereby enters this Stipulated Order.

## **STIPULATED ORDER**

This Court hereby ORDERS that Defendants shall not enforce against any person or entity

(1) Sections two, and four through nine (Section 2, and Sections 4-9) of H.B. 260 (2005) and

(2) Section 76-10-1206 as it applies to harmful to minors material which is communicated, distributed or transmitted electronically, except when the material is intended to be, and is, communicated, distributed or transmitted to one or more specific identifiable persons actually known to the communicator, distributor or transmitter to be minors, with respect to any acts occurring prior to the earlier of a decision by the Court on the merits or 30 days after written notice to Plaintiffs of Defendants' intent to enforce any of the above referenced sections against any person or entity.

DATED this 28th day of November, 2005.

_____
Honorable Dee Benson

**AGREED AS TO FORM**

HOWREY LLP

BY: _____
Wesley D. Felix
Attorneys for Plaintiffs


UTAH ATTORNEY GENERAL'S OFFICE

BY: _____
Jerrold Jensen
Attorney for Defendants

# CERTIFICATE OF SERVICE

      I hereby certify that on this 23rd day of November, 2005, a true and correct copy of the foregoing was served upon the person(s) named below, at the address set out below the name, either by mailing postage prepaid, hand-delivery, Federal Express, or by telecopying a true and correct copy of said document.

Jerrold Jensen                              [x] U.S. Mail
Assistant Attorney General           [ ] Federal Express
State Agency Counsel Division      [ ] Hand-Delivery
160 East 300 South, 5th Floor        [ ] Telefacsimile
Salt Lake City, UT 84114            [ ] Other

_____