**HOWREY LLP**
Zachary J. Weyher (10846)
170 South Main Street, Suite 400
Salt Lake City, UT 84101
Telephone: (801) 533-8383
Facsimile: (801) 531-1486

Attorneys for Plaintiffs

FILED
U.S. DISTRICT COURT

2006 JAN 19 P 4: 47

DISTRICT OF UTAH

BY:_____
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| THE KING'S ENGLISH, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MARK SHURTLEFF, et al., <br><br> Defendants. | **MOTION FOR ENTRY OF STIPULATED ORDER** <br><br> Civil No. 2:05CV00485 DB <br><br> Judge Dee Benson |

Plaintiffs and Defendants hereby respectfully move the Court for entry of a Stipulated Order extending the time for Plaintiffs to respond to Defendants' Motion to Dismiss to March 30, 2006. The parties are awaiting the close of the 2006 Utah Legislative Session to file the response in the event that the session may materially change the statute at issue, and therefore the substance of the Plaintiff's response. Under the Attorney's Planning Report filed on November 9, 2005, Plaintiff's response to Defendant's Motion to Dismiss was scheduled to be filed on or before January 23, 2005; therefore, the time for filing such a response has not expired. Plaintiff's previously obtained an extension of time for filing the response in a Stipulated Order filed on October 12, 2005, which allowed the Plaintiff fifteen days after receiving notice from the

Defendant to respond to the motion. This first extension was given to allow the parties' time to discuss alternative resolutions to this matter.

DATED this 19th day of January, 2006.

        **HOWREY LLP**
        170 South Main Street, Suite 400
        Salt Lake City, UT 84101

By _____
        Zachary J. Weyher (10846)
        Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of January, 2006, a true and correct copy of the foregoing **Motion for Entry of Stipulated Order** was served upon the person named below, at the address set out below the name, either by mailing postage prepaid, hand-delivery, Federal Express, or by telecopying a true and correct copy of said document.

Jerrold Jensen  
Assistant Attorney General  
State Agency Counsel Division  
160 East 300 South, 5th Floor  
Salt Lake City, UT 84114

[ ] U.S. Mail  
[ ] Federal Express  
[ ] Hand-Delivery  
[ ] Telefacsimile  
[ ] Other