**HOWREY LLP**
Zachary J. Weyher (10846)
170 South Main Street, Suite 400
Salt Lake City, UT 84101
Telephone: (801) 533-8383
Facsimile: (801) 531-1486

Attorneys for Plaintiffs

RECEIVED CLERK
FILED
U.S. DISTRICT COURT

2006 JAN 20 P 2: 30

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| THE KING'S ENGLISH, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MARK SHURTLEFF, et al., <br><br> Defendants. | **STIPULATED ORDER** <br><br> Civil No. 2:05CV00485 DB <br><br> Judge Dee Benson |

The Plaintiffs and Defendants have agreed to extend the time for which Plaintiffs must respond to Defendants' Motion to Dismiss until March 30, 2006. The parties are awaiting the close of the 2006 Utah Legislative session in the event that the session may materially change the statute at issue, and therefore the substance of the Plaintiffs' response. Therefore, the Court hereby enters this Stipulated Order.

### STIPULATED ORDER

This Court hereby ORDERS, ADJUDGES and DECREES that Plaintiffs have an extension of time to respond to Defendants' Motion to Dismiss until March 30, 2006.

DATED this 20th day of January, 2006.

_____
Honorable Dee Benson

**AGREED AS TO FORM**

HOWREY LLP
BY: _____
Zachary J. Weyher
Attorneys for Plaintiffs

UTAH ATTORNEY GENERAL'S OFFICE
BY: _____
Jerrold Jensen
Attorneys for Defendants