**HOWREY LLP**
Robert A. Peterson (2589)
Wesley D. Felix (6539)
Evelyn J. Furse (8952)
Zachary J. Weyher (10846)
170 South Main Street, Suite 400
Salt Lake City, UT 84101
Telephone: (801) 533-8383
Facsimile: (801) 531-1486

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| THE KING'S ENGLISH, INC. et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MARK SHURTLEFF et al., <br><br> Defendants. | **MOTION FOR ENTRY OF STIPULATED ORDER** <br><br> Civil No. 2:05CV00485 DB <br><br> Judge Dee Benson |

Plaintiffs and Defendants hereby respectfully move the Court for entry of a Stipulated Order extending the dates set out in the Attorney's Planning Report filed on November 9, 2005 to conform to the schedule set forth in the following proposed Order. The parties are awaiting the close of the Special Session of the Utah Legislature in 2006 to proceed with this case under the belief that the session may materially change the statutes at issue, and therefore the course of discovery and other matters in this case. Except for the dates set for amending the pleadings and joining additional parties, which are being amended in light of the possibility of material alterations to the statutes at issue, no date hereinafter altered has yet expired. The parties further agree and move that this

Court's Order entered on November 28, 2005, whereby Defendant agrees not to enforce certain provisions of House Bill 260 without 30 days notice to Plaintiffs, shall continue to have effect throughout this litigation. Finally, the Defendant has agreed to withdraw its pending Motion to Dismiss with leave to file at a date following the close of a Special Session of the Utah Legislature in 2006.

DATED this 7th day of March, 2006.

**HOWREY LLP**
170 South Main Street, Suite 400
Salt Lake City, UT 84101

By _____
Zachary J. Weyher (10846)
Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of March, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

- **Jerrold S. Jensen**
  JerroldJensen@utah.gov

_____