**HOWREY LLP**
Robert A. Peterson  (2589)
Wesley D. Felix  (6539)
Zachary J. Weyher (10846)
170 South Main Street, Suite 400
Salt Lake City, UT  84101
Telephone:  (801) 533-8383
Facsimile:  (801) 531-1486

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE KING'S ENGLISH, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MARK SHURTLEFF, et al., <br><br> Defendants. | CERTIFICATE OF SERVICE OF THE KING'S ENGLISH, INC.'S FIRST INTERROGATORIES, REQUEST FOR ADMISSIONS, AND REQUEST FOR PRODUCTION OF DOCUMENTS <br><br> Civil No. 2:05CV00485 DB <br><br> Judge Dee Benson |

The undersigned certifies that a copy of The King's English Inc.'s First Interrogatories, Request for Admissions, and Request for Production of Documents, was mailed, postage prepaid to the party below on this the 5th day of July, 2006.

Jerrold Jensen
Assistant Attorney General
State Agency Counsel Division
160 East 300 South, 5th Floor
Salt Lake City, UT  84114

DATED this 5th day of July, 2006.

By_____
Wesley D. Felix (USB #6539)
Zachary J. Weyher (USB #10486)
Howrey LLP
170 South Main, Suite 400
Salt Lake City, Utah 84101

Michael A. Bamberger (Pro Hac Vice)
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, New York 10020

John B. Morris, Jr. (Pro Hac Vice)
Center for Democracy & Technology
1634 Eye Street, NW # 1100
Washington, DC 20006

Margaret D. Plane (USB # 9550)
ACLU of Utah Foundation Inc.
355 North 300 West
Salt Lake City, UT 84103

Attorneys for Plaintiffs.