**HOWREY LLP**
Wesley D. Felix (6539)
Zachary J. Weyher (10846)
170 South Main Street, Suite 400
Salt Lake City, UT 84101
Telephone: (801) 533-8383
Facsimile: (801) 531-1486

**SONNENSCHEIN NATH &
 ROSENTHAL LLP**
Michael A. Bamberger (Pro Hac Vice)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800

**CENTER FOR DEMOCRACY
 & TECHNOLOGY**
John B. Morris, Jr. (Pro Hac Vice)
1634 Eye Street, NW # 1100
Washington, DC 20006
Telephone: (202) 637-9800 ext. 116
Facsimile: (202) 637-0968

**ACLU OF UTAH FOUNDATION INC.**
Margaret D. Plane (USB # 9550)
355 North 300 West
Salt Lake City, UT 84103
Telephone: (801) 521-9862, ext. 103
Facsimile: (801) 532-2850

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE KING'S ENGLISH, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MARK SHURTLEFF, et al., <br><br> Defendants. | **REQUEST FOR RULE 16 CONFERENCE** <br><br> Civil No. 2:05CV00485 DB <br><br> Judge Dee Benson |

The King's English, et al. ("Plaintiffs"), by and through its attorneys of record, hereby respectfully requests the Court to convene a scheduling conference under Rule 16 of the Federal Rules of Civil Procedure.

Plaintiffs have attempted to initiate discovery by serving full sets of discovery requests upon Defendants, but have yet to receive any response. At this point, Plaintiffs believe that this matter will not be resolved through the legislative process, and therefore thorough discovery is required. The case would benefit from the establishment of a calendar for discovery and other

pre-trial activity, as well as the establishment of discovery methods and limits, in order to expedite the disposition of this matter.

Plaintiffs therefore respectfully request that the Court hold a Status Conference as soon as convenient for the Court.

DATED this 24th day of January, 2007.

**HOWREY LLP**
170 South Main Street, Suite 400
Salt Lake City, UT 84101

**SONNENSCHEIN NATH & ROSENTHAL LLP**
1221 Avenue of the Americas
New York, New York 10020

**CENTER FOR DEMOCRACY & TECHNOLOGY**
1634 Eye Street, NW # 1100
Washington, DC 20006

**ACLU OF UTAH FOUNDATION INC.**
355 North 300 West
Salt Lake City, UT 84103

By _____
Zachary J. Weyher
Attorney for Plaintiffs

# CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of January, 2007, a true and correct copy of the foregoing was served upon the person(s) named below, at the address set out below the name, either by mailing postage prepaid, hand-delivery, Federal Express, or by telecopying a true and correct copy of said document.

Jerrold Jensen                 [X] U.S. Mail
Assistant Attorney General     [ ] Federal Express
State Agency Counsel Division   [ ] Hand-Delivery
160 East 300 South, 5th Floor    [ ] Telefacsimile
Salt Lake City, UT 84114       [ ] Other

_Brittain Martin_