FILED
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

2007 FEB -1 P 1: 56

CENTRAL DIVISION

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

| | |
|---|---|
| THE KING'S ENGLISH, et al., | |
| Plaintiffs, | ORDER OF REFERENCE |
| vs. | |
| MARK SHURTLEFF, et al., | Civil No. 2:05-CV-00485 |
| Defendants. | |

IT IS ORDERED that, as authorized by 28 U.S.C. § 636(b)(1)(A) and the rules of this Court, the above entitled case is referred to Magistrate Judge Alba. The magistrate judge is directed to hear and determine any nondispositive pretrial matters pending before the Court.

DATED this _1st_ day of February, 2007.

BY THE COURT:

DEE BENSON
United States District Judge