**HOWREY LLP**
Wesley D. Felix (6539)
Zachary J. Weyher (10846)
170 South Main Street, Suite 400
Salt Lake City, UT 84101
Telephone: (801) 533-8383
Facsimile: (801) 531-1486

**SONNENSCHEIN NATH &
ROSENTHAL LLP**
Michael A. Bamberger (Pro Hac Vice)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800

**CENTER FOR DEMOCRACY
 & TECHNOLOGY**
John B. Morris, Jr. (Pro Hac Vice)
1634 Eye Street, NW # 1100
Washington, DC 20006
Telephone: (202) 637-9800 ext. 116
Facsimile: (202) 637-0968

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE KING'S ENGLISH, et al., | **MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |
| Plaintiffs, | |
| vs. | Civil No. 2:05CV00485 DB |
| MARK SHURTLEFF, et al., | Judge Dee Benson |
| Defendants. | Magistrate Judge Samuel Alba |

As stipulated by Plaintiffs and Defendants, and as instructed by the Court, Plaintiffs, through their attorneys, respectfully move this Court for entry of an order allowing Plaintiffs to file an amended complaint in the above captioned matter by April 30, 2007.

DATED this 30th day of April, 2007.

                        **HOWREY LLP**
                        170 South Main Street, Suite 400
                        Salt Lake City, UT 84101

                        By _____
                        Zachary J. Weyher
                        Attorney for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April, 2007, a true and correct copy of the foregoing was served upon the person(s) named below, at the address set out below the name, either by mailing postage prepaid, hand-delivery, Federal Express, or by telecopying a true and correct copy of said document.

Jerrold Jensen  
Assistant Attorney General  
State Agency Counsel Division  
160 East 300 South, 5th Floor  
Salt Lake City, UT 84114

[X] U.S. Mail  
[ ] Federal Express  
[ ] Hand-Delivery  
[ ] Telefacsimile  
[ ] Other

_/s/ Billani Martin_