**HOWREY LLP**
Robert A. Peterson (2589)
Wesley D. Felix (6539)
Zachary J. Weyher (10846)
170 South Main Street, Suite 400
Salt Lake City, UT 84101
Telephone: (801) 533-8383
Facsimile: (801) 531-1486

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE KING'S ENGLISH, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MARK SHURTLEFF, et al., <br><br> Defendants. | CERTIFICATE OF SERVICE OF PLAINTIFF'S AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF <br><br> Civil No. 2:05CV00485 DB <br><br> Judge Dee Benson |

The undersigned certifies that a copy of Plaintiff's Amended Complaint for Declaratory and Injunctive Relief was mailed, via US Mail to the party below on the 30th day of April, 2007.

Jerrold Jensen
Assistant Attorney General
State Agency Counsel Division
160 East 300 South, 5th Floor
Salt Lake City, UT 84114

DATED this 30th day of April, 2007.

HOWREY LLP
170 South Main Street, Suite 400
Salt Lake City, UT 84101

By_____
Attorneys for Plaintiffs