JERROLD S. JENSEN (#1678)
MARK E. BURNS (#6706)
Assistant Attorneys General
MARK L. SHURTLEFF (#4666)
Utah Attorney General
160 East 300 South, 5th Floor
P.O. Box 140857
Salt Lake City, Utah 84114-0857
Telephone: (801) 366-0353

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE KING'S ENGLISH, INC. et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MARK SHURTLEFF, in his official capacity as ATTORNEY GENERAL OF THE STATE OF UTAH, et al., <br><br> Defendants. | NOTICE OF APPEARANCE <br><br><br> Case No. 2:05CV00485 <br><br> Judge Dee Benson |

Notice is hereby given of the entry of the undersigned as additional counsel for the Defendants in the above-entitled action. Pursuant to Fed. R. Civ P. 5, further notices and copies of pleadings, papers and other material relevant to this action should be directed to and may be electronically served upon:

Mark E. Burns
Assistant Attorney General
Utah Attorney General's Office
P.O. Box 140857
Salt Lake City, Utah 84114-0857
markburns@utah.gov

DATED this 1st day of May, 2007.

                                            MARK L. SHURTLEFF
                                            Attorney General

                                            /s/ Mark E. Burns
                                            MARK E. BURNS
                                            Assistant Attorney General

CERTIFICATE OF SERVICE

This is to certify that copies of the foregoing Notice of Appearance was served by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

HOWREY LLP
Attorneys for Plaintiffs
Wesley D. Felix, e-filer

AMERICAN CIVIL LIBERTIES UNION OF UTAH FOUNDATION, INC.
Attorneys for Plaintiffs
Margaret D. Plane, e-filer

CENTER FOR DEMOCRACY & TECHNOLOGY
Attorneys for Plaintiffs
John B. Morris, e-filer

SONNENSCHEIN NATH AND ROSENTHAL LLP
Attorneys for Plaintiffs
Michael A. Bamberger, e-filer

/s/ Peni Cox