**HOWREY LLP**
Wesley D. Felix (6539)
Zachary J. Weyher (10846)
170 South Main Street, Suite 400
Salt Lake City, UT 84101
Telephone: (801) 533-8383
Facsimile: (801) 531-1486

**SONNENSCHEIN NATH &
 ROSENTHAL LLP**
Michael A. Bamberger (Pro Hac Vice)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800

**CENTER FOR DEMOCRACY
 & TECHNOLOGY**
John B. Morris, Jr. (Pro Hac Vice)
1634 Eye Street, NW # 1100
Washington, DC 20006
Telephone: (202) 637-9800
Facsimile: (202) 637-0968

FILED
U.S. DISTRICT COURT
2007 MAY -4  A 10: 00
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE KING'S ENGLISH, et al., | **ORDER ALLOWING FILING OF AMENDED COMPLAINT** |
| Plaintiffs, | |
| vs. | Civil No. 2:05CV00485 DB |
| MARK SHURTLEFF, et al., | Judge Dee Benson |
| Defendants. | Magistrate Judge Samuel Alba |

Plaintiffs and Defendants (the "Parties") have agreed to allow Plaintiffs to file an amended complaint in the above captioned action by April 30, 2007. The original statute at issue in this matter, House Bill 260, was replaced by House Bill 5 during the 2007 Utah Legislative Session. House Bill 5 alters the claims and defenses in this action; therefore, the Parties agree that an amended complaint is appropriate. The Court hereby enters the following Order.

## **ORDER**

This Court hereby orders that the Plaintiffs may file an Amended Complaint by April 30, 2007.

DATED this 3rd day of May, 2007.

_____
Magistrate Judge Samuel Alba