JERROLD S. JENSEN (#1678)
Assistant Attorney General
MARK L. SHURTLEFF (#4666)
Attorney General
Attorneys For Plaintiff
160 East 300 South, 5th Floor
P.O. Box 140857
Salt Lake City, Utah  84114-0857
Telephone:  (801) 366-0353

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE KING'S ENGLISH, INC., et al.,<br><br>Plaintiffs<br><br>vs.<br><br>MARK SHURTLEFF, In his official capacity as ATTORNEY GENERAL OF THE STATE OF UTAH, et al.,<br><br>Defendants. | DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT<br><br>Case No. 2:05CV00485<br><br>Judge Dee Benson |

Defendants move the Court for an Order of dismissal pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure based on the fact that these plaintiffs lack standing sufficient to maintain a facial challenge to the current legislation.

Defendants' legal argument is more fully set out in the accompanying Memorandum in Support of Defendants' Motion to Dismiss.

DATED this 31st day of May, 2007.

                                             MARK L. SHURTLEFF
                                             Attorney General

                                             /s/ Jerrold S. Jensen
                                             JERROLD S. JENSEN
                                             Assistant Attorney General

# CERTIFICATE OF SERVICE

This is to certify that copies of the foregoing MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT was served by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

HOWREY LLP
Attorneys for Plaintiffs
Wesley D. Felix, e-filer

AMERICAN CIVIL LIBERTIES UNION OF UTAH FOUNDATION, INC.
Attorneys for Plaintiffs
Margaret D. Plane, e-filer

CENTER FOR DEMOCRACY & TECHNOLOGY
Attorneys for Plaintiffs
John B. Morris, e-filer

SONNENSCHEIN NATH AND ROSENTHAL LLP
Attorneys for Plaintiffs
Michael A. Bamberger, e-filer

    /s/ Peni Cox
    Secretary