JERROLD S. JENSEN (#1678)
Assistant Attorney General
MARK L. SHURTLEFF (#4666)
Attorney General
Attorneys For Plaintiff
160 East 300 South, 5th Floor
P.O. Box 140857
Salt Lake City, Utah  84114-0857
Telephone:  (801) 366-0353

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE KING'S ENGLISH, INC., et al.,<br><br>            Plaintiffs<br><br>vs.<br><br>MARK SHURTLEFF, In his official capacity as ATTORNEY GENERAL OF THE STATE OF UTAH, et al.,<br><br>            Defendants. | **MOTION FOR LEAVE TO FILE OVERLENGTH MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>Case No. 2:05CV00485<br><br>Judge Dee Benson |

      Defendants, by and through counsel, and pursuant to Fed. R. Civ. P. 7 and DUCivR 7-1(e) hereby move the above-entitled Court for leave to file a Memorandum in support of their Motion to Dismiss in excess of the ten (10) page motion limit, but not to exceed 20 pages, exclusive of face sheet, table of contents, statement of issue of the facts, and exhibits.

      The grounds for this motion are that this action seeks to have declared unconstitutional H.B. 260, Amendments Related to Pornographic and Harmful Materials, passed by the Utah

State Legislature in 2005 and amended by H.B. 5, Sub. 1, Internet Sexual Content – Protection of Minors, in 2007, codified as Utah Code Ann. §§ 76-10-1204, 76-10-1205, 76-10-1206, 76-10-1231, 76-10-1232, and 76-10-1233.

In order to provide the Court with the necessary underlying legal authority and factual background to support their arguments, Defendants must exceed the ten page minimum under this Court's motion rules.

Given the constitutional issues in this litigation, the significant legal authorities to reference and the underlying facts to set forth, Defendants submit that they have made a showing of good cause and exceptional circumstances to justify the need for an extension of the ten page limitation to 20 pages.

Defendants respectfully request that the Court grant their Motion for Leave to File Overlength Memorandum.

DATED this 31st day of May, 2007.

                                        MARK L. SHURTLEFF
                                        Attorney General

                                        /s/ Jerrold S. Jensen
                                        JERROLD S. JENSEN
                                        Assistant Attorney General

## **CERTIFICATE OF SERVICE**

This is to certify that copies of the foregoing MOTION FOR LEAVE TO FILE OVERLENGTH MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS was served by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

HOWREY LLP
Attorneys for Plaintiffs
Wesley D. Felix, e-filer

AMERICAN CIVIL LIBERTIES UNION OF UTAH FOUNDATION, INC.
Attorneys for Plaintiffs
Margaret D. Plane, e-filer

CENTER FOR DEMOCRACY & TECHNOLOGY
Attorneys for Plaintiffs
John B. Morris, e-filer

SONNENSCHEIN NATH AND ROSENTHAL LLP
Attorneys for Plaintiffs
Michael A. Bamberger, e-filer

                                                      /s/ Peni Cox
                                                      Secretary