Kings English, The et al v. Shurtleff et al Doc. 51

FILED
U.S. DISTRICT COURT

2007 JUN -4 A 10: 08

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

JERROLD S. JENSEN (#1678)
Assistant Attorney General
MARK L. SHURTLEFF (#4666)
Attorney General
Attorneys For Defendant
160 East 300 South, 5th Floor
P.O. Box 140857
Salt Lake City, Utah 84114-0857
Telephone: (801) 366-0353

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE KING'S ENGLISH, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>MARK SHURTLEFF, In his official capacity as ATTORNEY GENERAL OF THE STATE OF UTAH, et al.,<br><br>Defendants. | ORDER<br><br><br><br>Case No. 2:05CV00485<br><br>Judge Dee Benson |

It is hereby ordered that Defendants are granted approval to submit an over length Memorandum in support of their Motion to Dismiss. The reasons therefore are set forth in Defendants' Motion for Leave to File an Over Length Memorandum. The Memorandum is to be no more than 20 pages long.

Dockets.Justia.com

DATED this 4th day of June, 2007

BY THE COURT:

_____
JUDGE DEE BENSON