**HOWREY LLP**
Wesley D. Felix (6539)
Zachary Weyher (10846)
170 South Main Street, Suite 400
Salt Lake City, UT 84101
Telephone: (801) 533-8383
Facsimile: (801) 531-1486

**AMERICAN CIVIL LIBERTIES UNION OF UTAH FOUNDATION, INC.**
Margaret Plane (9550)
355 North 300 West
Salt Lake City, UT 84103
Telephone: (801) 521-9862
Facsimile: (801) 532-2850

**CENTER FOR DEMOCRACY & TECHNOLOGY**
John Morris (*Admitted Pro Hac Vice*)
1634 Eye Street, N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 637-8383
Facsimile: (202) 637-0968

**SONNENSCHEIN NATH & ROSENTHAL LLP**
Michael A. Bamberger (*Admitted Pro Hac Vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (222) 768-6700
Facsimile: (212) 768-6800

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| THE KING'S ENGLISH, INC., et al., | |
|---|---|
| Plaintiffs, | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| vs. | Civil No. 2:05CV00485 DB |
| MARK SHURTLEFF et al., | Judge Dee Benson |
| Defendants. | Magistrate Judge Samuel Alba |

Please take notice that pursuant to Utah Rule of Civil Procedure 83-1.4(c), Margaret Plane (Utah Bar No. 9550) hereby withdraws as counsel for Plaintiffs in this matter, and Marina Baginsky Lowe (Utah Bar No. 11482) will replace her as counsel of record representing the Plaintiffs, THE KING'S ENGLISH, INC., et al. Margaret Plane is no longer affiliated with the American Civil Liberties Union of Utah Foundation, Inc. Marina Baginsky Lowe is aware of, and will comply with, all pending deadlines associated with this matter.

Dated this 30 day of May, 2007.

                          ACLU of Utah Foundation, Inc.

                          _____
                          Margaret Plane

                          _____
                          Marina Baginsky Lowe

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of June, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have sent the document by other means to the following non-Cm/ECF participants via U.S. Mail:

Jerrold Jensen
Assistant Attorney General
State Agency Counsel Division
160 East 300 South, 5th Floor
Salt Lake City, UT 84114

_____