**HOWREY LLP**
Wesley D. Felix (6539)
Zachary Weyher (10846)
170 South Main Street, Suite 400
Salt Lake City, UT 84101
Telephone: (801) 533-8383
Facsimile: (801) 531-1486

**AMERICAN CIVIL LIBERTIES UNION OF UTAH FOUNDATION, INC.**
Marina Baginsky Lowe (11482)
355 North 300 West
Salt Lake City, UT 84103
Telephone: (801) 521-9862
Facsimile: (801) 532-2850

**CENTER FOR DEMOCRACY & TECHNOLOGY**
John Morris (*Admitted Pro Hac Vice*)
1634 Eye Street, N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 637-8383
Facsimile: (202) 637-0968

**SONNENSCHEIN NATH & ROSENTHAL LLP**
Michael A. Bamberger (*Admitted Pro Hac Vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (222) 768-6700
Facsimile: (212) 768-6800

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| THE KING'S ENGLISH, INC., et al., | |
| Plaintiffs, | **MOTION FOR ENTRY OF STIPULATED ORDER** |
| vs. | Civil No. 2:05CV00485 DB |
| MARK SHURTLEFF, et al., | Judge Dee Benson |
| Defendants. | |

Plaintiffs and Defendants hereby respectfully move the Court for entry of a Stipulated Order resetting the time for the hearing on Defendants' Motion to Dismiss, from September 25, 2007 to October 25, 2007. This motion is sought in order to accommodate a scheduling conflict and to ensure that Plaintiffs' attorneys of record can be present at the hearing.

DATED this 5th day of September, 2007.

                                          **ACLU of Utah Foundation, Inc.**
                                          355 North 300 West
                                          Salt Lake City, UT 84103

By _____
                                          Marina Baginsky Lowe (11482)
                                          Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

      I hereby certify on this 5th day of September, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the foregoing:

- Jerrold S. Jensen
jerroldjensen@utah.gov

_/s/ signature_