**HOWREY LLP**
Wesley D. Felix (6539)
Zachary Weyher (10846)
170 South Main Street, Suite 400
Salt Lake City, UT 84101
Telephone: (801) 533-8383
Facsimile: (801) 531-1486

**CENTER FOR DEMOCRACY &**
**TECHNOLOGY**
John Morris (*Admitted Pro Hac Vice*)
1634 Eye Street, N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 637-8383
Facsimile: (202) 637-0968

Attorneys for Plaintiffs

**AMERICAN CIVIL LIBERTIES**
**UNION OF UTAH FOUNDATION, INC.**
Marina Baginsky Lowe (11482)
355 North 300 West
Salt Lake City, UT 84103
Telephone: (801) 521-9862
Facsimile: (801) 532-2850

**SONNENSCHEIN NATH & ROSENTHAL**
**LLP**
Michael A. Bamberger (*Admitted Pro Hac Vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (222) 768-6700
Facsimile: (212) 768-6800

FILED
U.S. DISTRICT COURT
2001 SEP -7 A 9: 51
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

|  |  |
|---|---|
| THE KING'S ENGLISH, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>MARK SHURTLEFF, et al.,<br><br>Defendants. | **STIPULATED ORDER**<br><br>Civil No. 2:05CV00485 DB<br><br>Judge Dee Benson |

The Plaintiffs request and Defendants have agreed to reset the time for the hearing on

Defendants' Motion to Dismiss from September 25, 2007 to October 25, 2007. Plaintiffs'

counsel request this change due to a scheduling conflict. Therefore, the Court hereby enters

this Stipulated Order.

## STIPULATED ORDER

This Court hereby ORDERS, ADJUDGES and DECREES that the hearing on

Defendants' Motion to Dismiss is set for October 25, 2007.


DATED this 6th day of September, 2007.


_____

Honorable Dee Benson



## AGREED AS TO FORM

ACLU OF UTAH FOUNDATION, INC.

BY: _____

Marina Baginsky Lowe
Attorneys for Plaintiffs



UTAH ATTORNEY GENERAL'S OFFICE

BY: _____

Jerrold Jensen
Attorneys for Defendants