**HOWREY LLP**
Wesley D. Felix (6539)
Zachary J. Weyher (10846)
170 South Main Street, Suite 400
Salt Lake City, UT 84101
Telephone: (801) 533-8383
Facsimile: (801) 531-1486

**CENTER FOR DEMOCRACY
 & TECHNOLOGY**
John B. Morris, Jr. (Pro Hac Vice)
1634 Eye Street, NW #1100
Washington, DC 20006
Telephone: (202) 637-9800 ext 116
Facsimile: (202) 637-0968

**AMERICAN CIVIL LIBERTIES UNION
OF UTAH FOUNDATION, INC.**
Marina Baginsky Lowe (11482)
355 North 300 West
Salt Lake City, UT 84103
Telephone: (801) 521-9682
Facsimile: (801) 532-2850

**SONNENSCHEIN NATH &
 ROSENTHAL LLP**
Michel A. Bamberger (Pro Hac Vice)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THE KING'S ENGLISH, et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> MARK SHURTLEFF, et. al., <br><br> Defendants. | Civil No. 2:05CV00485 DB <br><br> Judge Dee Benson <br><br> Magistrate Judge Samuel Alba |

### PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO LIFT INJUNCTION AGAINST UTAH CODE ANN. §§ 76-10-1205 AND 1231

In light of Plaintiffs' Motion for Reconsideration or, in the Alternative, for Leave to File a Second Amended Complaint, Plaintiffs submit that it is premature to respond to this motion, because the response will depend on the disposition of Plaintiffs' motion. Plaintiffs therefore

respectfully request that their time to respond to this motion be extended to the tenth business day after the decision of their pending motion.

DATED this 6th day of May, 2008.

**HOWREY LLP**
170 South Main Street, Suite 400
Salt Lake City, UT  84101


By /s/ Zachary J. Weyher
   Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 6th day of May 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice electronically to:


Mark E. Burns
markburns@utah.gov

Jerrold S. Jensen
JerroldJensen@utah.gov, penicox@utah.gov

                /s/ Brittani D. Martin