JERROLD S. JENSEN (#1678)
Assistant Attorney General
MARK L. SHURTLEFF (#4666)
Utah Attorney General
Attorneys for Defendants
160 East 300 South, 5th Floor
P.O. Box 140857
Salt Lake City, Utah  84114-0857
Telephone:  (801) 366-0353
jerroldjensen@utah.gov

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| NATHAN FLORENCE, et al., | CERTIFICATE OF SERVICE - DEFENDANT SHURTLEFF RESPONSE TO PLAINTIFFS' AMENDED FIRST SET OF REQUESTS FOR ADMISSION |
| Plaintiffs, | |
| vs. | |
| MARK SHURTLEFF, et al., | Judge Dee Benson |
| Defendants. | Case No. 2:05CV00485 DB |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of May, 2009, a true and correct copy of the

foregoing DEFENDANT SHURTLEFF RESPONSE TO PLAINTIFFS' AMENDED FIRST

SET OF REQUESTS FOR ADMISSION was served via first class mail, postage prepaid, to:

Wesley D. Felix
Zachary J. Weyher
Howery, LLP
170 South Main Street, Suite 400
Salt Lake City, UT 84101

    Dated this 19th day of May, 2009.

                                            MARK L. SHURTLEFF
                                            Attorney General


                                            /s/Jerrold S. Jensen
                                            JERROLD S. JENSEN
                                            Assistant Attorney General
                                            Attorneys for State Defendant Shurtleff, et al.