JERROLD S. JENSEN (#1678)
MARK E. BURNS (#6706)
Assistant Attorneys General
MARK L. SHURTLEFF (#4666)
Utah Attorney General
Attorneys for Defendants
160 East 300 South, 5th Floor
P.O. Box 140857
Salt Lake City, Utah  84114-0857
Telephone:  (801) 366-0353
jerroldjensen@utah.gov

_____

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| NATHAN FLORENCE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>MARK SHURTLEFF, et al.,<br><br>Defendants. | **CERTIFICATE OF SERVICE** - DEFENDANTS' ANSWERS TO PLAINTIFFS' AMENDED FIRST SET OF INTERROGATORIES and DEFENDANTS' ANSWERS TO PLAINTIFFS' AMENDED REQUESTS FOR PRODUCTION OF DOCUMENTS<br><br>Judge Dee Benson<br><br>Case No. 2:05CV00485 DB |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of August, 2009, a true and correct copy of the foregoing DEFENDANTS' ANSWERS TO PLAINTIFFS' AMENDED FIRST SET OF INTERROGATORIES and DEFENDANTS' ANSWERS TO PLAINTIFFS' AMENDED REQUESTS FOR PRODUCTION OF DOCUMENTS were served via hand-delivery, to:

Wesley D. Felix
Zachary J. Weyher
Howery, LLP
170 South Main Street, Suite 400
Salt Lake City, UT 84101

      Dated this 20th day of August, 2009.

                                        MARK L. SHURTLEFF
                                        Attorney General

                                        /s/ Jerrold S. Jensen
                                        JERROLD S. JENSEN
                                        Assistant Attorney General
                                        Attorneys for State Defendant Shurtleff, et al.

Page 2