JERROLD S. JENSEN (#1678)
MARK E. BURNS (#6706)
Assistant Attorneys General
MARK L. SHURTLEFF (#4666)
Utah Attorney General
Attorneys for Defendants
160 East 300 South, 5th Floor
P.O. Box 140857
Salt Lake City, Utah  84114-0857
Telephone:  (801) 366-0353
jerroldjensen@utah.gov

---

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| NATHAN FLORENCE, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>MARK SHURTLEFF, et al.,<br><br>    Defendants. | CERTIFICATE OF SERVICE - DEFENDANTS' SUPPLEMENTAL RESPONSES TO PLAINTIFF'S AMENDED FIRST SET OF INTERROGATORIES<br><br>Judge Dee Benson<br><br>Case No. 2:05CV00485 DB |

I hereby certify that on this 1st day of October, 2009, a true and correct copy of the foregoing DEFENDANTS' SUPPLEMENTAL RESPONSES TO PLAINTIFF'S AMENDED FIRST SET OF INTERROGATORIES was served via first class mail, postage prepaid, to:

Wesley D. Felix
Zachary J. Weyher
Howery, LLP
170 South Main Street, Suite 400
Salt Lake City, UT 84101

    Dated this  1st   day of   October   , 2009.

                                           MARK L. SHURTLEFF
                                           Attorney General


                                            /s/   Mark E. Burns
                                           MARK E. BURNS
                                           JERROLD S. JENSEN
                                           Assistant Attorney General
                                           Attorneys for State Defendant Shurtleff